UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 MICHAEL WINCHESTER

        Defendant.
_____/

Case: 4:06-cr-20413
Assigned To : Gadola, Paul V
Referral Judge: Capel, Wallace
Assign. Date : 8/9/2006 AT 2:48PM
Description: INFO USA V. MICHAEL WINCHESTER (DA)

29 U.S.C. § 501(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(29 U.S.C. § 501(c) - Embezzlement and Theft of Labor Union Assets)

D-1 MICHAEL WINCHESTER

1. At all times material to this information, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) Local Union No. 651 was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2.	At all times material to this information, the defendant, MICHAEL WINCHESTER, was an officer, that is, the Financial Secretary of UAW Local Union No. 651.

3. From in or about January 2001, and continuing through in or about August 2003, in the Eastern District of Michigan, the defendant, MICHAEL WINCHESTER, while an officer, that is, Financial Secretary of UAW Local Union No. 651, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of UAW Local Union No. 651 in the approximate amount of $20,401.46.

All in violation of Title 29, United States Code, Section 501(c).

STEPHEN J. MURPHY
United States Attorney

LYNN A. HELLAND
Assistant Chief, Criminal Division

WALTER I. KOZAR (P29624)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9650
E-Mail: Walter.Kozar@usdoj.gov

Dated: 8-7-2006

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

Case: 4:06-cr-20413
Assigned To : Gadola, Paul V
Referral Judge: Capel, Wallace
Assign. Date : 8/9/2006 AT 2:48PM
Description: INFO USA V. MICHAEL WINCHESTER (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| Companion Case Information | Companion Case Numbers: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | |
| Yes ___  No XX | AUSA's Initials: WIK |

Case Title: UNITED STATES v. D-1 MICHAEL WINCHESTER

County where offense occurred : Genesee

Check One:     XXX   Felony        Misdemeanor                    Petty

- ☒ Information – no prior complaint.
- ☐ Information based upon prior complaint [Case number: _____ ]
- ☐ Indictment ___ Information ___ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____   Judge: _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

__August 7, 2006__
Date

*(signature)*
WALTER I. KOZAR (P29624)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9650
E-Mail: Walter.Kozar@usdoj.gov

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.